**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|   |   |   |
|---|---|---|
| MICHAEL C. BURNS, RASHON HIGH, and JASON KINDLE, | : : : : | |
| Plaintiffs, | : : | Civil No. 09-5646 (NLH) |
| v. | : : | |
| STATE OF NEW JERSEY, et al., | : : | **O R D E R** (CLOSED) |
| Defendants. | : : : | |

    The Court having considered Plaintiffs' applications to proceed in forma pauperis and file the complaint without prepayment of fees pursuant to 28 U.S.C. § 1915; and the Court finding that Plaintiffs have filed complete, separate in forma pauperis applications; and the Court having screened the complaint to determine whether dismissal is warranted pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A; and for the reasons set forth in this Court's Opinion filed herewith;

    It is on this   1st   day of   JULY   , 2010,

    ORDERED that Plaintiffs may proceed in forma pauperis without prepayment of the $350.00 filing fee pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

    ORDERED that the Clerk of the Court is directed to file the complaint in the above-captioned action; and it is further

    ORDERED that the Clerk of the Court shall serve a copy of this Order by regular mail on the Attorney General for the State

of New Jersey and on the warden of the Camden County Correctional Facility; and it is further

ORDERED that Plaintiff Rashon High is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in this Order pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

ORDERED that in each month that the amount in plaintiff Rashon High's accounts exceeds $10.00, until the $350.00 filing fee is paid, the agency having custody of plaintiff Rashon High shall assess, deduct from plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to plaintiff's account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall reference the civil docket number of this action; and it is further

ORDERED that Plaintiff Jason Kindle is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in this Order pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

ORDERED that in each month that the amount in plaintiff Jason Kindle's respective accounts exceeds $10.00, until the $350.00 filing fee is paid, the agency having custody of plaintiff Jason Kindle shall assess, deduct from plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to plaintiff's

account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall reference the civil docket number of this action; and it is finally

ORDERED that the instant complaint is hereby dismissed without prejudice, for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1).

At Camden, New Jersey

/s/ NOEL L. HILLMAN
NOEL L. HILLMAN
United States District Judge